MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17−CV−01496−KJM−DB |
| Plaintiff, | |
| v. | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 25, 2018 TO MARCH 29, 2018 |
| REAL PROPERTY LOCATED AT 2608 PINNACLE VIEW, LOT 161, MEADOW VISTA, CALIFORNIA, PLACER COUNTY, APN: 058-043-012-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 2700 WINDING CREEK LANE, MEADOW VISTA, CALIFORNIA, PLACER COUNTY, APN: 058-043-013-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 25, 2018 to March 29, 2018.

**<u>Introduction</u>**

On July 18, 2017, the United States filed a civil forfeiture complaint *in rem* against the above-captioned real property ("defendant property"), based on its involvement in a short sale fraud scheme violations. All known potential claimants to the defendant property were served in a manner consistent

1
United States' Request to Extend the Deadline
to Submit a Joint Status Report

with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on August 5, 2017, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on September 5, 2017.

### **Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimants Sharon Pugh and George Goldie via certified and first class mail and Forum Capital Investors 2015, LLC, c/o Robert Skiff via certified and first class mail as well as personal service, but they have not filed a claim. At this point, the time to file a claim and enter the case has expired.

Accordingly, the United States requested a Clerk's Default against Sharon Pugh, George Goldie and Forum Capital Investors 2015, LLC, c/o Robert Skiff and the Court entered a Clerk's Certificate of Entry of Defaults on October 31, 2017 (Pugh and Goldie) and December 11, 2017 (Forum). The United States will file a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case. No party has entered this case claiming an interest in the defendant property.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to March 29, 2018 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from January 25, 2018 to March 29, 2018, or to a date the Court deems appropriate.

Dated: 1/11/2018

MCGREGOR W. SCOTT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

///

///

///

# ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 25, 2018 is extended to March 29, 2018.

**IT IS SO ORDERED.**

DATED: January 17, 2018

_____
UNITED STATES DISTRICT JUDGE

United States' Request to Extend the Deadline
to Submit a Joint Status Report