MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-01496-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 2608 PINNACLE VIEW, LOT 161, MEADOW VISTA, CALIFORNIA, PLACER COUNTY, APN: 058-043-012-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 2700 WINDING CREEK LANE, MEADOW VISTA, CALIFORNIA, PLACER COUNTY, APN: 058-043-013-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought by the United States for forfeiture of real properties connected to bank fraud. The real properties are located at 2700 Winding Creek Lane, Lot 162, Meadow Vista, California, Placer County, APN: 058-043-013-000 and 2608 Pinnacle View, Lot 161, Meadow Vista, California, Placer County, APN: 058-043-012-000 (hereafter "defendant properties"),

/////

including all appurtenances and improvements thereto, and more fully described in Exhibit A and Exhibit B of the Stipulation for Final Order of Forfeiture filed herewith.

The recorded owner of the defendant properties is Forum Capital Investors 2015, LLC. Robert Skiff is the managing member and official representative of Forum Capital Investors 2015, LLC.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 18, 2017, alleging that said defendant properties were subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Beginning on August 5, 2017, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on September 5, 2017.

4. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Forum Capital Investors 2015, LLC, c/o Robert Skiff;
    b. George Goldie;
    c. Sharon Pugh; and
    d. Robert Boliard and Nancy S. Boliard.

5. On May 2, 2018, Forum Capital Investors 2015 filed a claim stating the entity has an ownership interest in the defendant properties.

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against George Goldie and Sharon Pugh on October 27, 2017. Pursuant to Local Rule 540, the United States and Claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of George Goldie and Sharon Pugh without further notice. A clerk's default was obtained against Forum Capital Investors 2015; the United States and Claimant hereby request to set aside the Clerk's Certificate of Entry of Default against the entity as part of this Stipulation.

7. On January 10, 2018, escrow for the defendant property at 2608 Pinnacle View, Lot 161, Meadow Vista, California closed and the United States received a cashier's check in the amount of $41,912.54, which will be substituted in lieu of the real property. The loan payoff for the lienholders,

Robert Boliard and Nancy S. Boliard, was taken out of the escrow proceeds and their interest was extinguished in the defendant properties.

8. On March 1, 2018, escrow for the defendant property at 2700 Winding Creek Lane, Meadow Vista, California closed and the United States received a cashier's check in the amount of $198,345.81, which will be substituted in lieu of the real property. The total amount of sale proceeds available for disbursement in lieu of the defendant properties is Approximately $240,258.35 in U.S. Currency.

9. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

10. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

11. Judgment is hereby entered against claimant Forum Capital Investors 2015, LLC and all other potential claimants who have not filed claims in this action.

12. Upon entry of a Final Judgment of Forfeiture, $200,000.00 of the Approximately $240,258.35 in U.S. Currency, together with any interest that may have accrued on the total amount, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

13. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $40,258.35 of the Approximately $240,258.35 in U.S. Currency, shall be returned to Claimant Forum Capital Investors 2015, LLC through the managing member and official representative of Forum Capital Investors 2015, LLC, Robert Skiff.

14. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, as

well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

15. Claimant waives any and all claim or right to interest that may have accrued on the Approximately $240,258.35 in U.S. Currency in lieu of the defendant properties.

16. All parties are to bear their own costs and attorneys' fees.

17. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

18. Based upon the allegations set forth in the Complaint filed July 18, 2017, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 23rd day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE